RECEIVED AND FILED
2006 DEC 14 PM 12:56
U.S. BANKRUPTCY
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                Case No.: 10-54220gwz
Ronald Eugene Osborn                                  Chapter:

_____
       Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ___ Voluntary Petition (specify reason for amendment)
- ___ Summary of Schedules
- ___ Statistical Summary of Certain Liabilities
- ___ Schedule A - Real Property
- _X_ Schedule B - Personal Property
- ___ Schedule C - Property Claimed as exempt
- ___ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
  - ___ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
  - ___ Add/change address of already listed creditor - No fee
- ___ Schedule G - Executory Contracts and Unexpired Leases
- ___ Schedule H - CoDebtors
- ___ Schedule I - Current Income of Individual Debtor(s)
- ___ Schedule J - Current Expenditures of Individual Debtor(s)
- ___ Declaration Concerning Debtor's Schedules
- ___ Statement of Financial Affairs and/or Declaration
- ___ Chapter 7 Individual Debtor's Statement of Intention
- ___ Disclosure of Compensation of Attorney for Debtor(s)
- ___ Statement of Current Monthly Income and Means Test Calculation
- ___ Certification of Credit Counseling
- ___ Other:

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 12-14-10          /s/ Osborn
                        Debtor                                Joint Debtor

Schedule B                                                                Case #10-54220 gwz

| Name | Description + Location | Self | Current value of debtors interest |
|---|---|---|---|
| Osborn Development Co LLC | 3899 Cashill Blvd Reno NV. 89509 | Self 50% | 0 |
| Osborn Holding LLC | 3899 Cashill Blvd Reno NV. 89509 | Self 50% | 0 |
| Rv + Yacht I LLC | 3899 Cashill Blvd Reno NV. 89509 | Self 50% | est. 250,000 |

#18

Tax Refund From 2009 — Both — $949